UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GARY L. BOLYARD,
an individual,

    Plaintiff,

vs.

CASE NO: 2:19-CV-01185-RDP

WELLS FARGO BANK, NATIONAL ASSOCIATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Gary L. Bolyard, and Defendant, Wells Fargo Bank, National Association, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 7th day of November, 2019

| | |
|---|---|
| Edward I. Zwilling, Esq.<br>Law Office of Edward I. Zwilling, LLC<br>4000 Eagle Point Corporate Dr.<br>Birmingham, Alabama, 35242<br>Telephone: (205) 822-2701<br>edwardzwilling@zwillinglaw.com<br>*Attorney for Plaintiff*<br><br>By: */s/ Edward I. Zwilling* | Beth S. Joseph, Esq.<br>Morgan, Lewis & Bockius LLP<br>200 South Biscayne Boulevard,<br>Suite 5300 \| Miami, FL 33131-2339<br>Telephone: (305) 415-3308<br>Email:<br>beth.joseph@morganlewis.com<br><br>By: */s/ Beth S. Joseph* |