FILED

2019 Nov-08  AM 09:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY L. BOLYARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.:  2:19-cv-01185-JEO |
| WELLS FARGO BANK, | ) | |
| NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## FINAL ORDER

A joint stipulation of dismissal has been filed in this action, signed by counsel for both parties.  (Doc. 11).  Such a stipulation is effective without a court order.  *See* FED. R. CIV. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  Accordingly, this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DATED,** this 8th day of November, 2019.

John E. Ott

_____
**JOHN E. OTT**
Chief United States Magistrate Judge

1